IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VICKI WILLIAMS,

    Plaintiff,

vs.                                CASE NO. 4:07cv499-SPM/WCS

LARRY CAMPBELL and
CARL BENNETT,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's Order and Amended Report and Recommendation (doc. 5) dated January 8, 2008.  Plaintiff has been afforded  an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the Amended Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's Amended Report and Recommendation (doc. 5) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed for failure to state a claim upon which relief

may be granted.

DONE AND ORDERED this 19th day of February, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO. 4:07cv499-SPM/WCS